IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TEKSYSTEMS, INC.,

      Plaintiff,

vs.                                                  CIV-09-0603 LAM/LFG

SABIO SYSTEMS, LLC,

      Defendant.

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

**THIS MATTER** is before the Court on *Plaintiff's Amended Motion for Admission* **Pro Hac Vice** *(Doc. 4)* on behalf of J. Mark Ogden. In accordance with Local Rule 83.3 of the Federal Rules of Civil Procedure, the Court **FINDS** that the motion is well-taken because, *inter alia*, J. Mark Ogden has associated with a member of the New Mexico Federal Bar (R. Shawn Oller) who shall continue in the action unless another Federal Bar member is substituted. Therefore, the motion should be granted.

**IT IS THEREFORE ORDERED** that *Plaintiff's Amended Motion for Admission* **Pro Hac Vice** *(Doc. 4)* is hereby **GRANTED** and J. Mark Ogden is admitted *pro hac vice* to appear and practice in the above-styled cause on behalf of Plaintiff.

**IT IS SO ORDERED.**

                                                     */s/ Lourdes A. Martínez*
                                                     **LOURDES A. MARTÍNEZ**
                                                     **UNITED STATES MAGISTRATE JUDGE**